```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

STACIA ANN ADAMS II IRIZARRY,  RAUL
IRIZARRY, and on behalf of minor
offspring C.K.R.I.,

                  Plaintiffs,

vs.                            Case No.   2:11-cv-595-FtM-99DNF

DEPARTMENT OF CHILDREN AND FAMILIES,

                  Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8), filed December 19, 2011, recommending that the Affidavit of Indigency (Doc. #3), construed as a motion for leave to proceed *in forma pauperis,* be denied and the case dismissed for failure to prosecute. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #8) is hereby **adopted**.

2. The Affidavit of Indigency (Doc. #3), construed as a motion for leave to proceed *in forma pauperis*, is **denied**.

3. The Clerk shall enter judgment **dismissing** the case without prejudice, terminate all deadlines, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   9th   day of January, 2012.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Unrepresented parties